**Order entered July 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00432-CV**

**ANWAR KAZI, ET AL., Appellants**

**V.**

**MOHAMMAD SOHAIL, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09713**

**ORDER**

Before the Court is appellants' July 7, 2021 motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **July 28, 2021**.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE